The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GLORIA CROWELL and KEVIN SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AUDIBLE, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:25-cv-00606-KKE<br><br>**STIPULATION AND ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: MAY 15, 2025 |

Plaintiffs Gloria Crowell and Kevin Smith and Defendant Audible, Inc., the parties to the above-titled action (collectively, the "Parties"), submit this joint Stipulation Regarding Motion To Dismiss Briefing Schedule pursuant to Local Civil Rules 7(d)(1) and 10(g), stipulating as follows:

1. On April 4, 2025, this action was transferred to the Western District of Washington from the Northern District of California (Dkt. No. 18);

2. On May 7, 2025, Defendant Audible, Inc. filed its Motion to Dismiss (Dkt. No. 33);

3. Plaintiff's Opposition to Defendant's Motion to Dismiss is presently due on May 28, 2025 and Defendant's Reply is presently due on June 4, 2025;

4. The Parties have agreed, subject to the Court's approval, to extend the briefing schedule in light of scheduling conflicts. Specifically, the Parties agree that Plaintiffs shall file their Opposition on June 9, 2025 and that Defendant shall file its Reply on June 20, 2025;

5. Good cause exists, and an extension of time will not prejudice any party or unnecessarily delay the litigation.

Accordingly, the Parties stipulate, subject to the Court's approval, that Plaintiffs shall file their Opposition on June 9, 2025 and that Defendant shall file its Reply on June 20, 2025.

**IT IS SO STIPULATED.**

Dated: May 15, 2025

By: /s/ Wright A. Noel
    Wright A. Noel

**CARSON & NOEL PLLC**
Wright A. Noel
20 Sixth Avenue Northeast,
Issaquah, WA 98027
Telephone: (425) 395-7786
E-Mail: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraeitta@bursor.com

*Attorneys for Plaintiffs*

By: /s/ John Goldmark
    John Goldmark

**DAVIS WRIGHT TREMAINE**
John Goldmark
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-757-8068
Email: johngoldmark@dwt.com

**DAVIS WRIGHT TREMAINE**
James Moon (*Pro Hac Vice*)
Sancho Accorsi (*Pro Hac Vice*)
350 S. Grand Avenue, Floor 27
Los Angeles, CA 90071
Telephone: +1 213 633 6800
Email: jamesmoon@dwt.com
       sanchoaccorsi@dwt.com

*Attorneys for Defendant Audible, Inc.*

## ORDER

Pursuant to the Parties' above Stipulation, the briefing schedule on Defendant's Motion to Dismiss (Dkt. No. 33) is modified as:

1. Plaintiffs shall file their Opposition on June 9, 2025.
2. Defendant shall file its Reply on June 20, 2025.

The Clerk shall renote the motion for June 20, 2025.

**IT IS SO ORDERED.**

Dated: May 16, 2025

*Kymberly K. Evanson*
───────────────────────
Kymberly K. Evanson
United States District Judge