UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLORIA CROWELL, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> AUDIBLE INC., <br><br> Defendant(s). | CASE NO. C25-0606-KKE <br><br> ORDER TO FILE SUPPLEMENTAL BRIEFING |

Defendant's motion to dismiss is currently pending (Dkt. No. 33), and Plaintiffs and Defendant both filed notices of supplemental authority after briefing was complete. *See* Dkt. Nos. 44, 45. The Court ORDERS the parties to provide supplemental briefs of no more than five pages in length no later than July 25, 2025, addressing:

(1) How, if at all, the Ninth Circuit memoranda referenced in the notices of supplemental authority impact arguments you made with respect to the pending motion to dismiss; and

(2) Whether this case should be stayed pending a ruling from the Ninth Circuit in the appeal of *Popa v. PSP Group, LLC*, No. C23-0294JLR, 2023 WL 7001456 (W.D. Wash. Oct. 24, 2023), which is cited in the motion to dismiss.

The clerk is directed to RE-NOTE Defendant's motion to dismiss (Dkt. No. 33) for July 25, 2025.

Dated this 1st day of July, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge