## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GLORIA CROWELL, et al., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | CASE NUMBER C25-0606-KKE |
| v. | |
| AUDIBLE INC., | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

On October 16, 2025, the Court granted Defendant's Motion to Dismiss and dismissed Plaintiff's complaint with leave to amend. Dkt. No. 58. Pursuant to Plaintiffs' request that the Court "enter dismissal with prejudice so that Plaintiffs may file a notice of appeal" (Dkt. No. 59), the Court DISMISSESS Plaintiffs' claims with prejudice and enters final judgment for Defendant.

Dated November 4, 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>*/s/ Alejandro Pasaye Hernandez*</u>
Deputy Clerk